Marc A. Lackner (SBN 111753)
Email: mlackner@reedsmith.com
David S. Reidy (SBN 225904)
Email: dsreidy@reedsmith.com
Matthew J. Brady (SBN 254333)
Email: mbrady@reedsmith.com
Andrew Amoroso (SBN 274673)
Email: aamoroso@reedsmith.com

REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:    +1 415 543 8700
Facsimile:    +1 415 391 8269

Attorneys for Defendant
Bank of America, N.A.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND COURTHOUSE

| | |
|---|---|
| CRAIG A. YOUNG and MICHELLE J. EZELL-YOUNG, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | CASE NO.:  4:12-cv-05514-PJH<br><br>**JOINT STATUS REPORT AND [PROPOSED] ORDER** |

# JOINT STATUS REPORT

Plaintiffs Craig A. Young and Michelle J. Ezell-Young ("Plaintiffs") and defendant Bank of America, N.A. ("Defendant") (collectively, the "Parties") submit this Joint Status Report pursuant to the Court's March 7, 2013 Order. (Dkt. No. 25.)

On March 7, 2013, the Court granted Defendant's motion to stay the present matter pending the disposition of a tentative settlement in five earlier-filed Telephone Consumer Protection Act class action cases (the "TCPA Cases"). (Dkt. No. 25.) Presently, the parties in the TCPA Cases are engaged in confirmatory discovery needed prior to seeking preliminary approval of the class settlement in those cases. On May 7, 2013, the Court in *Duke v. Bank of America, N.A., et al.*, 5:12-cv-04009-EJD (N.D. Cal. 2012), vacated the May 17, 2013 preliminary settlement approval hearing and set a status conference regarding settlement for July 12, 2013. (Dkt. No. 38.) At that time, the parties will update the *Duke* Court on such discovery and any other issues pertaining to settlement, and the Court will likely set a briefing schedule on plaintiffs' motions for preliminary and final approval of the class settlement.

Accordingly, the Parties respectfully request that the Court set a further deadline to file a joint status report following the July 12, 2013 status conference in the TCPA Cases.

DATED: May 23, 2013                    BURSOR & FISHER

                                       By   /s/ L. Timothy Fisher
                                           L. Timothy Fisher
                                           Attorneys for Plaintiffs
                                           Craig A. Young and Michelle J. Ezell-Young

DATED:  May 23, 2013                   REED SMITH LLP

                                       By:  /s/ David S. Reidy
                                           David S. Reidy
                                           Attorneys for Defendant
                                           Bank of America, N.A.

## [PROPOSED] ORDER

Based on the foregoing and with good cause shown, the Parties are **HEREBY ORDERED** to submit a joint status report regarding the result of the July 12, 2013 status conference in the TCPA Cases on or before **July 19, 2013**.

**IT IS SO ORDERED.**

DATED: 5/28/13



Honorable Phyllis J. Hamilton
United States District Judge