UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRAIG A. YOUNG, et al.,

        Plaintiffs,

    v.

BANK OF AMERICA, N.A.,

        Defendant.

_____/

No. C 12-5514 PJH

**ORDER RE JOINT STATUS REPORT**

On July 19, 2013, the parties submitted a joint status statement in the above-captioned case. The parties noted that the court stayed this case pending a settlement in Duke v. Bank of America, and further noted that the status conference in Duke was continued from July 12, 2013 to September 13, 2013. Plaintiffs now argue that "no settlement is in sight," and request that the stay be lifted in this case. However, the parties in Duke have stated that they have now completed all confirmatory discovery for settlement purposes, and "anticipate that they will have a final settlement agreement in place in the coming weeks." See Case No. 12-4009, Dkt. 39 (July 10, 2013). Because a settlement in Duke does appear to be forthcoming, and because that settlement will extinguish the claims of many of the putative class members in this case, the court declines to lift the stay at this time. Instead, the parties are directed to file a joint status report within 7 days of the September 13, 2013 status conference.

    **IT IS SO ORDERED.**

Dated: July 22, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge