United States District Court
For the Northern District of California

1
2    UNITED STATES DISTRICT COURT
3    NORTHERN DISTRICT OF CALIFORNIA
4
5    CRAIG A. YOUNG, et al.,
6              Plaintiffs,                    No. C 12-5514 PJH
7         v.                                  **ORDER RE JOINT STATUS REPORT**
8    BANK OF AMERICA, N.A.,
9              Defendant.
10   _____/
11
12        On July 19, 2013, the parties submitted a joint status statement in the above-
13   captioned case.  The parties noted that the court stayed this case pending a settlement in
14   Duke v. Bank of America, and further noted that the status conference in Duke was
15   continued from July 12, 2013 to September 13, 2013.  Plaintiffs now argue that "no
16   settlement is in sight," and request that the stay be lifted in this case.  However, the parties
17   in Duke have stated that they have now completed all confirmatory discovery for settlement
18   purposes, and "anticipate that they will have a final settlement agreement in place in the
19   coming weeks."  See Case No. 12-4009, Dkt. 39 (July 10, 2013).  Because a settlement in
20   Duke does appear to be forthcoming, and because that settlement will extinguish the
21   claims of many of the putative class members in this case, the court declines to lift the stay
22   at this time.  Instead, the parties are directed to file a joint status report within 7 days of the
23   September 13, 2013 status conference.
24        **IT IS SO ORDERED.**
25   Dated: July 22, 2013
26   _____
     PHYLLIS J. HAMILTON
27   United States District Judge
28