UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRAIG A. YOUNG, et al.,

    Plaintiffs,

    v.

BANK OF AMERICA, N.A.,

    Defendant.

_____/

No. C 12-5514 PJH

**ORDER RE JOINT STATUS REPORT**

On September 20, 2013, the parties submitted a joint status statement in the above-captioned case. The parties noted that the court stayed this case pending a settlement in Duke v. Bank of America, and further noted that they have now "finalized the settlement agreement" and "a final draft of the agreement has been circulated for signatures." The parties have a deadline of September 27, 2013 to file a motion for preliminary approval in that case. No hearing date appears to be set.

Defendant requests that the court set a deadline for a further status report following the September 27, 2013 deadline to file the preliminary approval motion. The request is GRANTED, and the parties are directed to file a joint status report no later than **October 11, 2013**.

**IT IS SO ORDERED.**

Dated: September 23, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge