UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRAIG A. YOUNG, et al.,

    Plaintiffs,

    v.

BANK OF AMERICA, N.A.,

    Defendant.

_____/

No. C 12-5514 PJH

**ORDER RE JOINT STATUS REPORT**

On October 11, 2013, the parties submitted a joint status statement in the above-captioned case. The parties noted that the court stayed this case pending a settlement in five earlier-filed cases, and that a motion for preliminary settlement approval has now been filed. The parties request that the court set a deadline of December 13, 2013 to file a further status report. The request is GRANTED, and the parties are directed to file a joint status report no later than **December 13, 2013**.

**IT IS SO ORDERED.**

Dated: October 22, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge