UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRAIG A. YOUNG, et al.,

        Plaintiffs,

    v.

BANK OF AMERICA, N.A.,

        Defendant.
_____/

No. C 12-5514 PJH

**ORDER RE JOINT STATUS REPORT**

On December 11, 2013, the parties submitted a joint status statement in the above-captioned case. The parties noted that the court stayed this case pending a settlement in earlier-filed cases involving similar claims, and that a final settlement approval hearing has been scheduled for April 4, 2014. The parties request that the court set a deadline to file a further status report of seven days after a ruling on the motion for final approval. The request is GRANTED.

**IT IS SO ORDERED.**

Dated: December 12, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge