Marc A. Lackner (SBN 111753)
Email: mlackner@reedsmith.com
David S. Reidy (SBN 225904)
Email: dsreidy@reedsmith.com
Andrew Amoroso (SBN 274673)
Email: aamoroso@reedsmith.com

REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone:   +1 415 543 8700
Facsimile:   +1 415 391 8269

Attorneys for Defendant
Bank of America, N.A.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND COURTHOUSE

| | |
|---|---|
| CRAIG A. YOUNG and MICHELLE J. EZELL-YOUNG, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>BANK OF AMERICA, N.A.,<br><br>　　　　　　　　Defendant. | Case No. 4:12-cv-05514-PJH<br><br>[~~PROPOSED~~] ORDER VACATING STAY; EXTENDING DEFENDANT'S DEADLINE TO PLEAD IN RESPONSE TO COMPLAINT<br><br>Compl. Filed:　　October 25, 2012<br><br>Hon. Phyllis J. Hamilton |

## [~~PROPOSED~~] ORDER

The Court, having considered the Parties' Joint Status Report, and good cause appearing thereon, hereby **ORDERS** as follows:

1. The stay issued by the Court on March 7, 2013 (Doc. No. 25), is hereby VACATED; and

2. Defendant's deadline to plead in response to Plaintiff's complaint is extended to ninety (90) days from the date of entry of this Order.

**IT IS SO ORDERED.**

Dated: 9/10/14



Honorable Phyllis J. Hamilton
United States District Court Judge

Case No.: 4:12-cv-05514 PJH            - 2 -

[PROPOSED] ORDER VACATING STAY; EXTENDING DEFENDANT'S DEADLINE
TO PLEAD IN RESPONSE TO COMPLAINT

# PROOF OF SERVICE

Re: *Young, Craig, et al. vs. Bank of America, N.A.*
*United States District Court – Northern District of California - Case No.: 4:12cv05514 PJH*

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 101 Second Street, Suite 1800, San Francisco, California 94105-3589. On **September 5, 2014,** I served the following document(s) by the method indicated below:

**[PROPOSED] ORDER VACATING STAY; EXTENDING DEFENDANT'S DEADLINE TO PLEAD IN RESPONSE TO COMPLAINT**

☑  by transmitting electronically via the Court's CM/ECF electronic filing system to the parties appearing on the docket as listed below.

| | |
|---|---|
| Jason S. Buckingham<br>Attorney and Counsel at Law<br>940 Adams St., Suite S<br>Benicia, CA 94510 | **Attorneys for Plaintiffs**<br>**Craig A Young and Michelle J. Ezell-Young**<br><br>Telephone:   707-745-2200<br>Facsimile:<br>E-mail:   Jason@jsb-law.com |
| L. Timothy Fisher<br>Sarah N. Westcot<br>BURSOR & FISHER, P.A.<br>1990 North California Blvd., Suite 940<br>Walnut Creek, CA 94596 | **Attorneys for Plaintiffs**<br>**Craig A Young and Michelle J. Ezell-Young**<br><br>Telephone:   925-300-4455<br>Facsimile:   925-407-2700<br>E-mail:   ltfisher@bursor.com<br>            swestcot@burosor.com |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on **September 5, 2014**, at San Francisco, California.

*/s/ Tina Brennan*
Tina Brennan

Case No.: 4:12-cv-05514 PJH                                   - 3 -

[PROPOSED] ORDER VACATING STAY; EXTENDING DEFENDANT'S DEADLINE
TO PLEAD IN RESPONSE TO COMPLAINT