UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRAIG A. YOUNG, et al.,

    Plaintiffs,

    v.

BANK OF AMERICA, N.A.,

    Defendant.

Case No. 12-cv-5514-PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

      Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for resolution of Defendant's Motion to Compel, and for all further discovery. Any date for hearing on discovery motions previously noticed on the undersigned's calendar is VACATED. After the parties have met and conferred, they shall prepare a joint letter of not more than 8 pages with no more than 12 pages of attachments, explaining the dispute. The joint letter must be e-filed under the Civil Events category of "Motions and Related Filings> Motions--General>Discovery Letter Brief." The Magistrate Judge may issue a ruling, order additional briefing, or set a telephone conference or a hearing. After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

    **IT IS SO ORDERED.**

Dated: May 20, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: MagRef, Assigned M/J, counsel of record